IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NAUTILUS INSURANCE COMPANY,**

    Plaintiff,

v.        No. CIV-11-0178 MV/LAM

**OTERO COUNTY HOSPITAL ASSOCIATION, et al.,**

    Defendants.

## ORDER FOR PARTIES TO FILE A STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* upon a review of the docket and upon the request of the presiding judge in this case.

**IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before December 15, 2016,* advising of the status of the case.

**IT IS SO ORDERED.**

          _____
          **LOURDES A. MARTÍNEZ**
          **UNITED STATES MAGISTRATE JUDGE**